



## DOCKET NO. 1596

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these 24 actions on May 1, 2006. The Panel has now been advised that these 24 actions were dismissed in April 2006 pursuant to notices of voluntary dismissal filed in the Northern District of California.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-49" filed on May 1, 2006, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

<u>MDL-1596 -- In re Zyprexa Products Liability Litigation</u>

<u>Northern District of California</u>

*Clarence King, et al. v. Eli Lilly & Co.*, C.A. No. 3:05-5009 JSW
*Shannon Harbison, et al. v. Eli Lilly & Co.*, C.A. No. 3:05-5011 MJJ
*Thomas Partlow v. Eli Lilly & Co.*, C.A. No. 3:05-5149 PJH
*Michael Horton v. Eli Lilly & Co.*, C.A. No. 3:05-5152 CRB
*Rose Cook, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-35 JL
*Tammie Pinkney v. Eli Lilly & Co.*, C.A. No. 3:06-40 MJJ
*Timothy Savage v. Eli Lilly & Co.*, C.A. No. 3:06-1046 JL
*Benjamin Wolf v. Eli Lilly & Co.*, C.A. No. 3:06-1049 MMC
*Dante Barfield v. Eli Lilly & Co.*, C.A. No. 3:06-1081 SC
*Sandra Nyberg, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-1178 SC
*Gould McClarny v. Eli Lilly & Co.*, C.A. No. 3:06-1200 SC
*Manford Hanson v. Eli Lilly & Co.*, C.A. No. 3:06-1308 MJJ
*Leilani Jones v. Eli Lilly & Co.*, C.A. No. 3:06-1313 JL
*Richard Keith, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-1376 JSW
*Gerald Garfield, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-1532 WHA
*Alberta Johnson v. Eli Lilly & Co.*, C.A. No. 3:06-1534 JSW
*Ann Button v. Eli Lilly & Co.*, C.A. No. 3:06-1626 SI
*Linda L. Nevel v. Eli Lilly & Co.*, C.A. No. 3:06-1757 BZ
*Helene M. Lotka v. Eli Lilly & Co.*, C.A. No. 3:06-2038 SI
*Cynthia Akins, et al. v. Eli Lilly & Co.*, C.A. No. 4:05-5097 CW
*Shannon La' Rocque v. Eli Lilly & Co.*, C.A. No. 4:05-5098 SBA
*John Luthy v. Eli Lilly & Co.*, C.A. No. 4:06-1234 CW
*Maria Mercado v. Eli Lilly & Co.*, C.A. No. 4:06-1309 SBA
*Nellie G. Sarver v. Eli Lilly & Co.*, C.A. No. 4:06-1765 SBA